FILED

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0334

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0334

CLOVER MEADOWS HOMEOWNERS )
ASSOCIATION, INC., )
     )
       Appellant, )
     )
  v. )
     )
COUNTNEE SPEAR, )
       Appellee. )

ORDER GRANTING UNOPPOSED MOTION FOR A THIRTY DAY EXTENSION OF TIME
TO FILE OPENING BRIEF

Upon consideration of Appellant's unopposed motion for an extension of time made

pursuant to the authority granted to the Court under Mont. R. App. P., Rule 26(1), it is HEREBY

ORDERED that:

Appellant Clover Meadows Homeowners Association, Inc. is GRANTED Court granted

a 30 day extension, up to and including **November 9, 2023** to prepare, file and serve Appellant's

Opening Brief.

Dated this 9th day of October, 2023.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 10 2023